UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF SERGIO BOTELLO DIAZ, *et al.*,<br><br>　　　　　Defendants. | No. 1:23-cv-00261-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>Docs. 25, 28 |

　　　　Plaintiff Principal Life Insurance Company moves for default judgment against defendant Rogelio Botello Diaz. Doc. 25. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 3, 2024, the assigned magistrate judge issued findings and recommendations recommending that the Court grant plaintiff's motion for default judgment as to defendant Rogelio Botello Diaz. Doc. 28. On January 22, 2024, the Court served the findings and recommendations on defendant Rogelio Botello Diaz and afforded him fourteen (14) days to file objections. No objections were filed and the deadline to file objections has passed.

　　　　In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations issued on January 3, 2024, Doc. 28, are adopted in full;
2. Default judgment is entered against defendant Rogelio Botello Diaz with plaintiff Principal Life Insurance Company as the prevailing party; and
3. The entry of default judgment against defendant Rogelio Botello Diaz shall not be construed as a determination of entitlement by plaintiff Principal Life Insurance Company to any affirmative relief pleaded in its complaint.

IT IS SO ORDERED.

Dated: _June 23, 2025_

_____
UNITED STATES DISTRICT JUDGE

2