UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF SERGIO BOTELLO DIAZ, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-00261-KES-CDB<br><br>ORDER DIRECTING THE PARTIES TO FILE JOINT REPORT REGARDING CURRENT STATUS OF THE ACTION<br><br>**14-DAY DEADLINE** |

　　　　Interpleader Plaintiff Principal Life Insurance Company ("Plaintiff") initiated this action with the filing of a complaint on February 17, 2023, against the Estate of Sergio Botello Diaz, Rogelio Botello Diaz, Guadalupe Pantoja Perez, Jackelin Botello, Deisy Botello, and minors S. B. and M. B. (collectively, "Defendants"). (Doc. 1).  On April 15, 2025, Plaintiff deposited the interpleader funds.  (Doc. 35).  On June 24, 2025, the Court granted Plaintiff's motion for default judgment against Rogelio Botello Diaz, noting that the entry of default judgment shall not be construed as a determination of entitlement by Plaintiff to any affirmative relief.  (Doc. 36). Thereafter, on July 16, 2025, Plaintiff and Defendants Estate of Sergio Botello Diaz, Guadalupe Pantoja Perez, Jackelin Botello, Deisy Botello, S. B., and M. B. filed a stipulation to discharge Plaintiff and for disbursement of the interpleader funds to Jackelin Botello, Deisy Botello, S. B., and M. B.  (Doc. 37).

On July 31, 2025, the Court order the stipulated discharge of Plaintiff but denied without prejudice the disbursement of the interpleader funds, noting that the parties did not sufficiently establish that a proffered exhibit purporting to evidence the signature of Rogelio Botello Diaz to the stipulation was, in fact, what the parties claimed it to be. The Court ordered the case to remain open pending a final determination of the Defendants' entitlement to the remaining interpleader funds. *See* (Doc. 39).

Since the Court issued its order on July 31, 2025, there have been no filings in this action from any of the remaining parties. As such, and as the majority of the remaining parties are proceeding pro se, the Court will direct the parties to file a joint status report. In their report, the parties shall set forth the current status of the action and their intent regarding further litigation of the case.

**Conclusion and Order**

Accordingly, the parties are HEREBY ORDERED to file a joint report, **no later than 14 days** after entry of this order, setting forth the following:

    a. The current status of the action;

    b. The parties' respective intent regarding further litigation of the action; and

    c. Any other matters requiring the attending of the Court.

**Any failure by a party to comply with this order may result in the imposition of sanctions, up to and including dismissal of the case.**

IT IS SO ORDERED.

Dated: __October 2, 2025__   _____
UNITED STATES MAGISTRATE JUDGE