DOMINIC J. NUNNERI (State Bar No. 300465)
dnunneri@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for
THE ESTATE OF
SERGIO BOTELLO DIAZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Interpleader Plaintiff,<br><br>　　v.<br><br>The Estate of SERGIO BOTELLO DIAZ, ROGELIO BOTELLO DIAZ, an individual, GUADALUPE PANTOJA PEREZ, an individual, JACKELIN BOTELLO, an individual, DEISY BOTELLO, an individual, S.B., a minor, and M.B., a minor,<br><br>　　　　Interpleader Defendants. | CASE NO. 1:23-cv-00261-KES-CDB<br><br>**ORDER**<br><br>[*Filed concurrently with Stipulation*]<br><br>Complaint filed: February 17, 2023 |

1    Upon consideration of the Stipulation for Disbursement of Interpleaded Funds
2 and Dismissal with Prejudice, filed by the Estate of Sergio Botello Diaz, Guadalupe
3 Pantoja Perez, Deisy Botello, Jackelin Botello, Sergio Botello Jr., M.B., a minor,
4 and Rogelio Botello Diaz, it is hereby ORDERED that the Stipulation is GRANTED
5 in its entirety.

6    Accordingly, IT IS HEREBY ORDERED as follows:

7    A.    Miller Barondess LLP shall be paid thirty-eight thousand one
8 hundred ninety-five dollars and three cents ($38,195.03) for attorney fees. The
9 check should be made payable to "Miller Barondess LLP."

10    B.    The estimated remaining balance is one million fifty-eight
11 thousand seven hundred thirty-seven dollars and seven cents ($1,058,737.07), plus
12 applicable interest and shall be divided equally among the four children: Deisy
13 Botello, Jackeline Botello, Sergio Botello Jr., and M.B., a minor.

14    C.    Deisy Botello to be paid 25% of the remaining policy benefits,
15 which is approximately two hundred sixty-four thousand six hundred eighty-four
16 dollars and twenty-seven cents ($264,684.27) plus the proportionate amount of
17 applicable interest. The check shall be made payable to Deisy Botello.

18    D.    Jackelin Botello to be paid 25% of the remaining policy benefits,
19 which is approximately two hundred sixty-four thousand six hundred eighty-four
20 dollars and twenty-seven cents ($264,684.27) plus the proportionate amount of
21 applicable interest. The check shall be made payable to Jackelin Botello.

22    E.    Sergio Botello Jr. to be paid 25% of the remaining policy
23 benefits, which is approximately two hundred sixty-four thousand six hundred
24 eighty-four dollars and twenty-seven cents ($264,684.27) plus the proportionate
25 amount of applicable interest. The check shall be made payable to Sergio Botello Jr.

26    F.    M.B., a minor, through Guadalupe Perez, to be paid 25% of the
27 remaining policy benefits, which is approximately two hundred sixty-four thousand
28 six hundred eighty-four dollars and twenty-seven cents ($264,684.27) plus the

proportionate amount of applicable interest. The check shall be made payable to the minor, which will be deposited in the minor's account.

   G. Upon disbursement of the interpleaded funds, this action is dismissed with prejudice. The Clerk of the Court is directed to then terminate all motions and close this case.

IT IS SO ORDERED.

Dated:  December 23, 2025      _____
                 UNITED STATES DISTRICT JUDGE